# Order

Michigan Supreme Court
Lansing, Michigan

September 25, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134665(81)(82)(84)

FRANK J. TOMECEK, JR., and
JANIS H. TOMECEK,
      Plaintiffs-Appellees,

v

ANDREW LUCIAN BAVAS, et al,
      Defendants-Appellants,
and

INDIANA MICHIGAN POWER COMPANY, d/b/a
AMERICAN ELECTRIC POWER COMPANY, INC.,
MICHIGAN DEPARTMENT OF LABOR AND
ECONOMIC GROWTH, and BERRIEN COUNTY
DRAIN COMMISSIONER,
      Defendants-Appellees,
and

DANIEL JOHNSON, et al,
      Defendants.

_____

SC: 134665
COA: 258907
Berrien CC:02-003707-CH

On order of the Chief Justice, the motion by defendants-appellants for extension to September 19, 2008 of the time for filing their brief and appendix is GRANTED. The motions by Walloon Lake Association and by Michigan Lake & Stream Association for leave to file briefs *amicus curiae* is considered and they are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 25, 2008

_____
Clerk